UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ANGEL L. LAHOZ,

                Plaintiff,        08 Civ. 894 (RWS)

  - against -                  O R D E R

LT. DICHIARE et al.,

                Defendants.

-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

**Sweet, D.J.,**

        In his letter of May 18, 2008, Plaintiff requested a 30-day extension of the time for service. Pursuant to Fed. R. Civ. P. 4(m), the Court grants Plaintiff's request for a 30-day extension in which to serve defendants.

        It is so ordered.

**New York, NY**
**May 28, 2008**

                                        ROBERT W. SWEET
                                            U.S.D.J.