

## COUNTY OF ORANGE

EDWARD A. DIANA
County Executive

## Department of Law

GOVERNMENT CENTER, 255 Main Street
GOSHEN, NEW YORK 10924 TEL: (845) 291-3150

**DAVID L. DARWIN**
County Attorney

June 4, 2008



RECEIVED
JUN 0 4 2008
JUDGE SWEET CHAMBERS

**BY FACSIMILE TO 212-805-7925**
The Honorable Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

RE: Lahoz v. Lt. DiChiaro, Lt. Martin, Sgt. A Conklin, et al.
Case No. 08 CV 0894

Dear Judge Sweet:

This office represents defendants in the above-referenced action. Defendants are corrections officers at the Orange County Jail (the "Jail"). The plaintiff is an inmate at the Jail and brings this action pro se for injuries inflicted by a fellow inmate and defendants while incarcerated.

The summons and complaint were served on defendants on May 15 and 16, 2008. This office received the summons and complaint from the defendants on May 20, 2008. A response is therefore due on June 5, 2008. The defendants respectfully request an extension of time to respond to the complaint - by answer or motion - to July 2, 2008.

There are 8 individual defendants. As a preliminary matter, the County of Orange must first investigate to determine whether it will be providing a defense. Additionally, there is another action by this inmate before Judge Jones (Index No. 08 Civ. 3589 (BSJ)) that may warrant a motion for consolidation.

Because the pro se plaintiff is incarcerated it is difficult to obtain consent for the requested extension. No previous request for an extension of time has been requested.

For the reasons set forth above, defendants respectfully request an extension of time to respond to the summons and complaint to July 2, 2008. Please do not hesitate to contact the undersigned if you have any questions or concerns.

Respectfully yours,

Marie Condeluci
Assistant County Attorney

So ordered
/s/ Sweet
USDJ
6·12·08

www.orangecountygov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

DEPARTMENT OF LAW/DAVID L. DARWIN, COUNTY ATTORNEY

cc: Angel L. Lahoz, Plaintiff *pro se* (by mail to Orange County Jail)
Risk
CSI, Inc.